# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT PACE**                                                     **PLAINTIFF**

v.                            **No. 4:20-cv-868-DPM**

**UNITED STATES**
**POSTAL SERVICE**                                          **DEFENDANT**

## ORDER

Plaintiff Robert Pace's voluntary motion to dismiss his complaint, *Doc. 3*, is granted.  FED. R. CIV. P. 41(a).  The Court will dismiss his complaint without prejudice.  Pace's motion to proceed *in forma pauperis*, *Doc. 1*, is denied as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 August 2020