# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROBERT PACE                                                    PLAINTIFF

v.                              No. 4:20-cv-868-DPM

UNITED STATES
POSTAL SERVICE                                                 DEFENDANT

## JUDGMENT

Pace's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2020